UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANNA ALEXANDER,<br><br>Plaintiff,<br><br>vs.<br><br>ACIMA CREDIT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | 2:20-CV-10942-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 14th day of May, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge